IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KIRBY TRAYLOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:21-CV-735-WKW ) |
| JASON SMOAK, *et al.*, | ) ) |
| Defendants. | ) |

# **ORDER**

On March 28, 2022, the Magistrate Judge filed a Recommendation (Doc. # 25) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 25) is ADOPTED.

2. This case is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 28th day of April, 2022.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE